Certificate Number: 00134-MD-CC-032144296



00134-MD-CC-032144296

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 11, 2019, at 12:12 o'clock PM EST, Jeffrey D. Rathell, Sr. received from Cricket Debt Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Maryland, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   January 11, 2019              By:   /s/Candace Jones

                                      Name: Candace Jones

                                      Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).