Certificate Number: 16339-MD-DE-032666904

Bankruptcy Case Number: 19-15056



16339-MD-DE-032666904

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 14, 2019</u>, at <u>4:29</u> o'clock <u>PM EDT</u>, <u>Jeffrey Rathell, sr</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Maryland</u>.

Date:   <u>April 14, 2019</u>          By:   <u>/s/Kelley Tipton</u>

                                        Name:  <u>Kelley Tipton</u>

                                        Title:  <u>Certified Financial Counselor</u>