# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **19−15056 − TJC**   Chapter: **7**

**Jeffrey Douglas Rathell SR**
Debtor

# NOTICE OF MISSING STATEMENT OF INTENT

DOCUMENT: **Voluntary Petition**

PROBLEM: **The Statement of Intention is missing.**

CURE: **The Statement of Intention shall be filed with the Court by the date below.**
**A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.**

**The above deficiency must be cured by 5/15/19 , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 4/15/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
410−962−4255

cc:   Debtor
      Attorney for Debtor − L. Jeanette Rice

Form stint (rev. 03/2005)