

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **19–15056 – TJC**   Chapter: **7**

**Jeffrey Douglas Rathell SR**
Debtor

## ORDER GRANTING CONSENT MOTION
## TO EXTEND DEADLINE TO FILE
## COMPLAINTS OBJECTING TO DISCHARGE

Upon consideration of a Consent Motion to Extend the Deadline to File Complaints Objecting to Discharge, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the deadline for all parties–in–interest to file complaints objecting to the discharge of the Debtor is extended to **September 13, 2019.**

NOTICE: THIS ORDER DOES NOT EXTEND THE DEADLINE TO FILE A COMPLAINT TO DETERMINE THAT A DEBT IS NOT DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(c).

cc:   Debtor
      Attorney for Debtor – L. Jeanette Rice
      Case Trustee – Monique D. Almy

      U.S. Trustee
      All Creditors

### End of Order

22x10 (rev. 01/06/2009) – akaniowski