United States Bankruptcy Court
District of Maryland

In re:                                                                 Case No. 19-15056-TJC
Jeffrey Douglas Rathell, SR                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-1        User: mrybczyns        Page 1 of 1        Date Rcvd: May 01, 2019
                            Form ID: pdfparty      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
db            +Jeffrey Douglas Rathell, SR,    29432 Buckingham Drive,    Cordova, MD 21625-2873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: ustpregion04.gb.ecf@usdoj.gov May 01 2019 20:50:21      Office of the US Trustee,
                6305 Ivy Lane, Ste 600,    Greenbelt MD 20770-6305
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:
              L. Jeanette Rice    riceesq@att.net,    riceesq10@gmail.com,jamierice22@yahoo.com,
                ricelr66670@notify.bestcase.com,tonii.waddy@walshbecker.com
              Monique D. Almy    malmytrustee@crowell.com,    cbest@crowell.com,malmy@ecf.axosfs.com
                                                                                              TOTAL: 2

Entered: April 30th, 2019
Signed: April 30th, 2019

**SO ORDERED**

Deadline: May 6, 2019



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:    Case No.: **19–15056 – TJC**    Chapter: **7**

**Jeffrey Douglas Rathell SR**
Debtor

## NOTICE AND ORDER EXTENDING TIME TO FILE
## STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES,
## STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS TEST CALCULATION
### (for individual debtor)

The Debtor's motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor shall file **the Statement of Financial Affairs, Schedules, Statement of Current Monthly Income, and Means Test Calculation** is extended to the date designated above; and it is further

ORDERED, that when filing the above documents, the Debtor must certify that service of a copy has been made on the Chapter 7 trustee; and

DEBTOR IS HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:   Debtor
      Attorney for Debtor – L. Jeanette Rice
      Case Trustee – Monique D. Almy

      U.S. Trustee

### End of Order

22x03 (rev. 03/28/2016) – mrybczynski