**SO ORDERED**

Deadline: May 9, 2019



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:    Case No.: **19–15056 – TJC**    Chapter: **7**

**Jeffrey Douglas Rathell SR**
Debtor

## NOTICE AND ORDER EXTENDING TIME TO FILE
## STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES,
## STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS TEST CALCULATION, STATEMENT OF INTENTION
## (for individual debtor)

The Debtor's motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor shall file **the Statement of Financial Affairs, Schedules, Statement of Current Monthly Income, and Means Test Calculation, Statement of Intention** is extended to the date designated above; and it is further

ORDERED, that when filing the above documents, the Debtor must certify that service of a copy has been made on the Chapter 7 trustee; and

DEBTOR IS HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:  Debtor
 Attorney for Debtor – L. Jeanette Rice
 Case Trustee – Monique D. Almy

 U.S. Trustee

**End of Order**

22x03 (rev. 03/28/2016) – mrybczynski