# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **19–15056 – TJC**   Chapter: **7**

**Jeffrey Douglas Rathell SR**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 25 – No Presumption of Abuse. Chapter 7 Means Test Calculation Form 122A–2 on Behalf of Jeffrey Douglas Rathell SR Filed by L. Jeanette Rice. (Rice, L.)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 5/24/19.**

CURE: File a completed Form 122A–2.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 5/10/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
410–962–4255

cc:   Debtor
      Attorney for Debtor – L. Jeanette Rice

defntc (rev. 12/12/2016)