# IN THE UNITED SSTATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JEFFREY D. RATHELL, SR. ) | Case Number: 19-15056-TJC |
| ) | |
| Debtor ) | |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned, Gregory A. Dorsey of the law firm of Kelly Dorsey, P.C., is hereby entering an appearance as counsel of record for The Residuary Trust U/W Charles R. Rathell, Jr., Constance M. Rathell, and Charles R. Rathell, III, designated creditors of the debtor Jeffrey Douglas Rathell, Sr., in the above-captioned action. Please also add Mr. Dorsey to all notices and pleadings filed in this matter on the Court's ECF system.

Dated:  May 20, 2019
        Columbia, Maryland

Respectfully submitted,

/s/ Gregory A. Dorsey
_____
Gregory A. Dorsey, Fed. Bar No. 25218
Kelly Dorsey, P.C.
10320 Little Patuxent Parkway
Suite 608
Columbia, Maryland 21044
Tel: (410) 740-8750
Fax: (443) 542-0069
Email: gdorsey@kellydorseylaw.com

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 20th day of May, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of *the foregoing* will be served electronically by the Court's CM/ECF system on the following:

- L. Jeanette Rice  riceesq@att.net, riceesq10@gmail.com, jamierice22@yahoo.com, ricelr66670@notify.bestcase.com, tonii.waddy@walshbecker.com
- Monique D. Almy, Trustee  malmytrustee@cfrowell.com, cbest@crowell.com, malmy@ecf.axosfs.com

/s/ Gregory A. Dorsey  
Gregory A. Dorsey