IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                          *

JEFFREY DOUGLAS RATHELL, SR.,    *        Case No. 19-15056
                                                          Chapter 7
            Debtor.                    *
*     *     *     *     *     *     *     *     *     *     *     *

**NOTICE**

TO:  CLERK, UNITED STATES BANKRUPTCY COURT:

Please be advised that it appears there will be assets available for disbursement to creditors in the bankruptcy case of Jeffrey Douglas Rathell, Sr.  Therefore, pursuant to Bankruptcy Rule 3002(c)(5), please issue notice to creditors establishing a deadline for claims to be filed.

   /S/ Monique D. Almy
Monique D. Almy, Bar No. 04479
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W., 10th Flr.
Washington, DC  20004
(202) 508-8749
Chapter 7 Trustee

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of June, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice will be served electronically by the Court's CM/ECF system on the following:

- Gregory Alan Dorsey     gdorsey@kellydorseylaw.com, tdorsey@kellydorseylaw.com
- L. Jeanette Rice       riceesq@att.net, riceesq10@gmail.com, jamierice22@yahoo.com; ricelr66670@notify.bestcase.com, tonii.waddy@walshbecker.com

And was served via first class mail, postage prepaid on:

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD  21201

Jeffrey D. Rathell, Sr.
29432 Buckingham Drive
Cordova, MD  21625

      /S/ Monique D. Almy_____
Monique D. Almy

DCACTIVE 50284837 v.1