UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

In Re: §
 §
Jeffrey Douglas Rathell, Sr § Case No. 19-15056
 §
 Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Monique D. Almy, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 285,000.00        Assets Exempt: 590,219.10
*(Without deducting any secured claims)*

Total Distributions to Claimants: 30,328.97    Claims Discharged
                                                Without Payment: 3,352,029.83

Total Expenses of Administration: 11,642.11

---

3) Total gross receipts of $41,971.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $41,971.08 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,436,031.98 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,642.11 | 11,642.11 | 11,642.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 961,146.43 | 1,064,978.41 | 1,061,408.15 | 30,328.97 |
| **TOTAL DISBURSEMENTS** | $2,397,178.41 | $1,076,620.52 | $1,073,050.26 | $41,971.08 |

4) This case was originally filed under chapter 7 on 04/12/2019. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2020            By:/s/Monique D. Almy, Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2209 Philadelphia Ave Ocean City Md 21811-0000 | 1110-000 | 27,000.00 |
| 2002 Honda Vtx1800 Mileage: 9800 Vehicle: | 1129-000 | 1,764.08 |
| 2006 Ford Mustang Mileage: 45850 Vehicle: | 1129-000 | 4,732.00 |
| 2209 Philadelphia Ave Ocean City Md 21811-0000 | 1129-000 | 2,500.00 |
| Clothes | 1129-000 | 1,000.00 |
| Electronics | 1129-000 | 1,500.00 |
| Firearms | 1129-000 | 1,800.00 |
| Household | 1129-000 | 1,175.00 |
| Jewelry: Ring Location: 29432 Buckingham Drive, Cordova Md 21625 | 1129-000 | 500.00 |
| **TOTAL GROSS RECEIPTS** | | **$41,971.08** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1880 BANK, 304 HIGH STREET CAMBRIDGE, MD 21613 | | 437,994.49 | NA | NA | 0.00 |
| | 1880 BANK, 304 HIGH STREET CAMBRIDGE, MD 21613 | | 437,994.49 | NA | NA | 0.00 |
| | 1880 BANK, 304 HIGH STREET CAMBRIDGE, MD 21613 | | 10,300.00 | NA | NA | 0.00 |
| | 1880 BANK, 304 HIGH STREET CAMBRIDGE, MD 21613 | | 217,000.00 | NA | NA | 0.00 |
| | Queenstown Bank, PO Box 120 Queenstown, MD 21658 | | 258,000.00 | NA | NA | 0.00 |
| | Roland Karbaum, P.O. Box 238 Church Hill, MD 21623 | | 74,743.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $1,436,031.98 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Monique D. Almy | 2100-000 | NA | 4,947.11 | 4,947.11 | 4,947.11 |
| Monique D. Almy | 2200-000 | NA | 237.50 | 237.50 | 237.50 |
| Crowell & Moring LLP | 3110-000 | NA | 6,457.50 | 6,457.50 | 6,457.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $11,642.11 | $11,642.11 | $11,642.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A&IPR Products, Network Place Chicago, IL 60673 | | 6,726.48 | NA | NA | 0.00 |
| | ADVANCED SHREDDING TECHNOLOGIES, 5321 RAFE BANKS DRIVE Flowery Branch, GA 30542 | | 380.14 | NA | NA | 0.00 |
| | AGEZXP AG EXPRESS ELECTRONICS, 6280 NE 14TH ST PO BOX 753 Des Moines, IA 50303 | | 112.71 | NA | NA | 0.00 |
| | ALBAN TRACTOR CO. INC., PO BOX 64251 Dallas, TX 75284 | | 1,328.00 | NA | NA | 0.00 |
| | AMERICAN FARM PUBLICATIONS, 7913 INDUSTRIAL PARK RD PO BOX 2026 Easton, MD 21601 | | 437.00 | NA | NA | 0.00 |
| | AMTC AMERICAN MESSAGING, PO BOX 5749 Carol Stream, IL 60197 | | 340.17 | NA | NA | 0.00 |
| | ARMISTEAD, GRISWOLD, LEE & RUST, 114 BAY STREET BUILDING C Easton, MD 21601 | | 13,987.05 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATI CORPORATION, 250 EARLAND DRIVE PO BOX 371801 New Holland, PA 17557 | | 318.00 | NA | NA | 0.00 |
| | ATLANTIC BROADBAND, PO BOX 371801 Pittsburgh, PA 15250 | | 93.20 | NA | NA | 0.00 |
| | ATLANTIC FIRE AND SAFETY, P.O. BOX 295 Cordova, MD 21625 | | 234.00 | NA | NA | 0.00 |
| | ATSLO ATS LOGISTICS/SUREWAY TRANS, LBX 7130 PO BOX 1450 Minneapolis, MN 55485 | | 634.38 | NA | NA | 0.00 |
| | AVAYA INC, PO BOX 5125 Carol Stream, IL 60197 | | 11,034.90 | NA | NA | 0.00 |
| | C.M. JOHNS FURNITURE MOVERS, 211 PROSPECT AVE Easton, MD 21601 | | 2,405.00 | NA | NA | 0.00 |
| | CHARLES RATHELL, III, 305 EAST DOVER STREET Easton, MD 21601 | | 0.00 | NA | NA | 0.00 |
| | Chase SW, P.O. Box 1423 Charlotte, NC 28201 | | 45,536.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHN Capital, 5729 Washington Avenue Racine, WI 53406 | | 516,166.00 | NA | NA | 0.00 |
| | DE LAGE LANDEN FINANCIAL SERVICE, PO BOX 24621475 Philadelphia, PA 19101 | | 11,017.40 | NA | NA | 0.00 |
| | EAST COAST STORAGE, 848 HIGH STREET Chestertown, MD 21620 | | 356.00 | NA | NA | 0.00 |
| | FAE USA INC, 5321 RAFE BANKS DRIVE Flowery Branch, GA 30542 | | 380.00 | NA | NA | 0.00 |
| | FERGUSON MANUFACTURING CO INC, PO BOX 1098 Suffolk, VA 23439 | | 130.00 | NA | NA | 0.00 |
| | FOREVER MEDIA OF MD, 306 PORT STREET Easton, MD 21601 | | 2,215.00 | NA | NA | 0.00 |
| | FRANK WINNE & SONS INC, 521 FELLOWSHIP ROAD SUITE 115 Mount Laurel, NJ 08054 | | 5,487.91 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HOELSCHER INC, PO BOX 925 1046 NE FRONT STREET Milford, DE 19963 | | 13,922.00 | NA | NA | 0.00 |
| | Jacob and Barney, 295 BAY STREET #8 EASTON, MD 21601 | | 130,094.36 | NA | NA | 0.00 |
| | JEFFREY HUTCHISON HAULING, 10694 LONGWOOD ROAD Easton, MD 21601 | | 621.00 | NA | NA | 0.00 |
| | JOHN DEER FINANCIAL, PO BOX 4450 Carol Stream, IL 60197 | | 4,148.00 | NA | NA | 0.00 |
| | K & K TIRES INC, 816 OREGON AVE Linthicum Heights, MD 21090 | | 578.00 | NA | NA | 0.00 |
| | K & N TIRES, 230 N WASHINGTON STREET Easton, MD 21601 | | 981.00 | NA | NA | 0.00 |
| | KUNKS AUTO PLUS EASTON, PO BOX 417609 Boston, MA 02241 | | 35.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MESSICK'S, 187 MERTS DRIVE Elizabethtown, PA 17022 | | 81,972.64 | NA | NA | 0.00 |
| | NICHOLAS TILLAGE TOOLS INC, 312 HEREFORD AVE Sterling, CO 80751 | | 1,747.00 | NA | NA | 0.00 |
| | PITNEY BOWES, PURCHASE POWER PO BOX 371874 Pittsburgh, PA 15250 | | 1,776.66 | NA | NA | 0.00 |
| | PRODUCTIVITY PLUS ACCOUNT, PO BOX 78004 Phoenix, AZ 85062 | | 14,614.33 | NA | NA | 0.00 |
| | QUINCY TRACTOR, 2507 SPRING LAKE ROAD Quincy, IL 62305 | | 7,900.00 | NA | NA | 0.00 |
| | TEAM TIRE SERVICES, LTD, 8684 MITCHELL ROAD Denton, MD 21629 | | 131.00 | NA | NA | 0.00 |
| | TEZLA GROUP, 2000 NORTHWOOD DRIVE Salisbury, MD 21801 | | 1,793.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | TRAN SERVICES, PO BOX 898 Milford, DE 19963 |  | 144.00 | NA | NA | 0.00 |
|  | TRIMBLE NAVIGATION LTD, PO BOX 203558 Dallas, TX 75320 |  | 4,770.00 | NA | NA | 0.00 |
|  | WEAVERS COMPACT TRACTOR, 22 FISH HATCHERY ROAD Shippensburg, PA 17257 |  | 337.00 | NA | NA | 0.00 |
|  | WILSON TRANSPORTATION SERVICES, 9717 LEEDS LANDING ROAD Easton, MD 21601 |  | 33.79 | NA | NA | 0.00 |
| 1 | APG Media Of Chesapeake LLC | 7100-000 | NA | 3,570.26 | 0.00 | 0.00 |
| 5 | APG Media Of Chesapeake LLC | 7100-000 | 1,660.65 | 3,570.26 | 3,570.26 | 102.02 |
| 9 | Benco Poly Film Inc | 7100-000 | 14,919.39 | 27,712.58 | 27,712.58 | 791.87 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | NA | 7,573.45 | 7,573.45 | 216.41 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 29,545.62 | 30,604.82 | 30,604.82 | 874.51 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Constance Rathell | 7100-000 | 0.00 | 479,951.82 | 479,951.82 | 13,714.27 |
| 2 | E-Z Trail Inc | 7100-000 | 6,686.00 | 6,134.20 | 6,134.20 | 175.28 |
| 6 | MoTrim Inc. | 7100-000 | 3,208.00 | 3,208.87 | 3,208.87 | 91.69 |
| 7 | Quantum3 Group LLC As Agent For | 7100-000 | 20,208.10 | 22,615.44 | 22,615.44 | 646.22 |
| 10-1 | The Residuary Trust | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 10-2 | The Residuary Trust | 7100-000 | NA | 479,951.82 | 479,951.82 | 13,714.27 |
| 8 | Verizon | 7100-001 | NA | 84.89 | 84.89 | 2.43 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $961,146.43 | $1,064,978.41 | $1,061,408.15 | $30,328.97 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 19-15056 | TJC | Judge: | Thomas J. Catliota | Trustee Name: | Monique D. Almy, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Jeffrey Douglas Rathell, Sr | | | | Date Filed (f) or Converted (c): | 04/12/2019 (f) |
| | | | | | 341(a) Meeting Date: | 05/16/2019 |
| For Period Ending: | 02/10/2020 | | | | Claims Bar Date: | 09/02/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 29432 Buckingham Drive Cordova Md 21625 | 374,450.00 | 0.00 | | 0.00 | FA |
| 2. 29777 Skipton Cordova Road Cordova Md 21625 | 105,000.00 | 0.00 | | 0.00 | FA |
| 3. 2209 Philadelphia Ave Ocean City Md 21811-0000 Worcester | 2,500.00 | 2,500.00 | | 29,500.00 | FA |
| 4. 2006 Ford Mustang Mileage: 45850 Vehicle: | 7,307.00 | 4,732.00 | | 4,732.00 | FA |
| 5. 2002 Honda Vtx1800 Mileage: 9800 Vehicle: | 2,575.00 | 1,764.08 | | 1,764.08 | FA |
| 6. Household | 4,500.00 | 1,175.00 | | 1,175.00 | FA |
| 7. Electronics | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 8. Firearms | 1,800.00 | 1,800.00 | | 1,800.00 | FA |
| 9. Clothes | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 10. Jewelry: Ring Location: 29432 Buckingham Drive, Cordova Md 21625 | 500.00 | 500.00 | | 500.00 | FA |
| 11. Cash: Location: 29432 Buckingham Drive, Cordova Md 21625 | 50.00 | 0.00 | | 0.00 | FA |
| 12. Checking Account: Pnc 1594 | 1,691.07 | 0.00 | | 0.00 | FA |
| 13. Savings Account: Pnc | 598.01 | 0.00 | | 0.00 | FA |
| 14. Stock: Shore Bank Share 285 Shares | 2,850.00 | 0.00 | | 0.00 | FA |
| 15. Rathell Farm Equipment Comapany Inc. 12681 Old Skipton Road Queen Anne, Md 21657 Dissolved | 100.00 | 0.00 | | 0.00 | FA |
| 16. Rathell Sales And Service Llc 8338 Elliot Road Suite 2 Easton, Md 21601 | 180,000.00 | 0.00 | | 0.00 | FA |
| 17. Retirement: 1880 Bank Ira | 2,369.02 | 0.00 | | 0.00 | FA |
| 18. Retirement: Adp 401K | 80,102.99 | 0.00 | | 0.00 | FA |
| 19. Retirement: Axa Equi-Vest | 121,297.09 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $890,190.18 | $14,971.08 | $41,971.08 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/31/2019     Current Projected Date of Final Report (TFR): 10/31/2019

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-15056  
Case Name: Jeffrey Douglas Rathell, Sr  
Taxpayer ID No: XX-XXX4530  
For Period Ending: 02/10/2020  

Trustee Name: Monique D. Almy, Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0225  
Checking  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):  

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/17/19 | | Jeffrey D. Rathell, Sr. 29432 Buckingham Drive Cordova, MD 21625-2873 | Non-exempt equity in personal property | | | $14,611.08 | | $14,611.08 |
| | | | Gross Receipts | $14,611.08 | | | | |
| | 3 | | 2209 Philadelphia Ave Ocean City Md 21811-0000 Worcester | $2,500.00 | 1129-000 | | | |
| | 4 | | 2006 Ford Mustang Mileage: 45850 Vehicle: | $4,732.00 | 1129-000 | | | |
| | 5 | | 2002 Honda Vtx1800 Mileage: 9800 Vehicle: | $1,764.08 | 1129-000 | | | |
| | 6 | | Household | $1,175.00 | 1129-000 | | | |
| | 7 | | Electronics | $1,500.00 | 1129-000 | | | |
| | 8 | | Firearms | $1,800.00 | 1129-000 | | | |
| | 9 | | Clothes | $1,000.00 | 1129-000 | | | |
| | 10 | | Jewelry: Ring Location: 29432 Buckingham Drive, Cordova Md 21625 | $140.00 | 1129-000 | | | |
| 07/08/19 | 10 | Jeffrey D. Rathell Sr. 29432 Buckingham Drive Cordova, MD 21625 | Non-exempt equity in personal property | | 1129-000 | $360.00 | | $14,971.08 |
| 08/19/19 | 3 | Jeffrey D. Rathell, Sr. 29432 Buckingham Drive Cordova, MD 21625 | Non-exempt equity in real property | | 1110-000 | $27,000.00 | | $41,971.08 |
| 01/09/20 | 2001 | Crowell & Moring LLP 1001 Pennsylvania Avenue, N.W. Washington, DC 20004 | Distribution | | 3110-000 | | $6,457.50 | $35,513.58 |
| 01/14/20 | 2002 | Monique D. Almy 1001 Pennsylvania Avenue, N.W. Washington, DC 20004 | Distribution | | | | $5,184.61 | $30,328.97 |

Page Subtotals: $41,971.08  $11,642.11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 19-15056
Case Name: Jeffrey Douglas Rathell, Sr
Taxpayer ID No: XX-XXX4530
For Period Ending: 02/10/2020

Trustee Name: Monique D. Almy, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0225
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Monique D. Almy | Final distribution creditor account # representing a payment of 100.00 % per court order. ($4,947.11) | 2100-000 | | | |
| | | Monique D. Almy | Final distribution creditor account # representing a payment of 100.00 % per court order. ($237.50) | 2200-000 | | | |
| 01/14/20 | 2003 | E-Z Trail Inc<br>Highway 133 East<br>Po Box 168<br>Arthur, Il 61911<br>Attn: Timothy Kuhns | Final distribution to claim 2 creditor account # representing a payment of 2.86 % per court order. | 7100-000 | | $175.28 | $30,153.69 |
| 01/14/20 | 2004 | Capital One Bank (USA), N.A.<br>by American InfoSource as Agent<br>PO Box 71083<br>Charlotte, NC  28272-1083<br>Attn: Ashley Boswell | Distribution | | | $1,090.92 | $29,062.77 |
| | | Capital One Bank (USA), N.A. | Final distribution to claim 3 creditor account # representing a payment of 2.86 % per court order. ($216.41) | 7100-000 | | | |
| | | Capital One Bank (USA), N.A. | Final distribution to claim 4 creditor account #XXX5686 representing a payment of 2.86 % per court order. ($874.51) | 7100-000 | | | |
| 01/14/20 | 2005 | APG Media Of Chesapeake LLC<br>P.O. Box 600<br>Easton, MD 21601<br>Attn: Ashley Vance | Final distribution to claim 5 creditor account #xXX4093 representing a payment of 2.86 % per court order. | 7100-000 | | $102.02 | $28,960.75 |
| 01/14/20 | 2006 | MoTrim Inc.<br>240 Steubenville Avenue<br>PO Box 850<br>Cambridge, OH 43725<br>Attn: Lisa Yurco | Final distribution to claim 6 creditor account # representing a payment of 2.86 % per court order. | 7100-000 | | $91.69 | $28,869.06 |

Page Subtotals: $0.00   $1,459.91

UST Form 101-7-TDR (10/1/2010) (Page: 16)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 19-15056  
Case Name: Jeffrey Douglas Rathell, Sr  
Taxpayer ID No: XX-XXX4530  
For Period Ending: 02/10/2020  

Trustee Name: Monique D. Almy, Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0225  
Checking  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/14/20 | 2007 | Quantum3 Group LLC As Agent For Moma Trust LLC<br>PO Box 788<br>Kirkland, WA  98083-0788<br>Attn:  Patty Harnden | Final distribution to claim 7 creditor account #XXX6706 representing a payment of 2.86 % per court order. | 7100-000 | | $646.22 | $28,222.84 |
| 01/14/20 | 2008 | Clerk, U.S. Bankruptcy Court<br>101 West Lombard Street<br>Ste. 8308<br>Baltimore, MD 21201 | Remit to Court | 7100-001 | | $2.43 | $28,220.41 |
| 01/14/20 | 2009 | Benco Poly Film Inc<br>161 Stone Quarry Road<br>Leola, PA  17540<br>Attn:  Paul Riehl | Final distribution to claim 9 creditor account # representing a payment of 2.86 % per court order. | 7100-000 | | $791.87 | $27,428.54 |
| 01/14/20 | 2010 | The Residuary Trust<br>U/W Charles R. Rathell Jr<br>Charles Rathell<br>c/o Rathell & Bardwell<br>305 E. Dover Street<br>Easton, MD  21601 | Final distribution to claim 10 creditor account # representing a payment of 2.86 % per court order. | 7100-000 | | $13,714.27 | $13,714.27 |
| 01/14/20 | 2011 | Constance Rathell<br>c/o Rathell & Bardwell<br>305 E. Dover Street<br>Easton, MD  21601 | Final distribution to claim 11 creditor account # representing a payment of 2.86 % per court order. | 7100-000 | | $13,714.27 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $41,971.08 | $41,971.08 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $41,971.08 | $41,971.08 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $41,971.08 | $41,971.08 |

Page Subtotals: $0.00   $28,869.06

UST Form 101-7-TDR (10/1/2010) (Page: 17)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0225 - Checking | $41,971.08 | $41,971.08 | $0.00 |
| | $41,971.08 | $41,971.08 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $41,971.08 |
| Total Gross Receipts: | $41,971.08 |

Page Subtotals: $0.00   $0.00